## Yellow Cab Company, Appellee, v. John G. Carlsen, Appellant.

### Gen. No. 23,501.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY P. DOLAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed May 14, 1918.

### Statement of the Case.

Action by Yellow Cab Company, a corporation, plaintiff, against John G. Carlsen, defendant, to recover damages caused by a collision between an automobile owned by plaintiff and one driven by defendant. From a judgment in favor of plaintiff, defendant appeals.

A. R. HULBERT, for appellant.

JOHNSTON, COSTELLO & BLAIR, for appellee.

MR. JUSTICE MATCHETT delivered the opinion of the court.

### Abstract of the Decision.

1. AUTOMOBILES AND GARAGES, § 3*—*when negligence of driver of one of colliding automobiles is shown.* Proof that, at the time of

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

a collision between defendant's automobile and another machine, defendant was driving on the wrong side of the street at a speed of about 20 miles per hour, establishes the charge of negligence.

2. AUTOMOBILES AND GARAGES, § 3*—*necessity of showing exercise of due care.* In an action for damages caused by a collision between two automobiles, it is necessary for plaintiff to prove that at the time of the accident he was in the exercise of due care.

3. APPEAL AND ERROR, § 1414*—*what weight given findings of trial court.* Findings of the trial court, in a case tried without a jury, upon the issue of contributory negligence are entitled to the same weight upon appeal as the verdict of a jury.